CHICAGO—FIRST DISTRICT—MARCH, 1914.    .345

German American S., L. and B. Ass'n v. Trainor, 185 Ill. App. 345.

that such a judgment. and sentence were improper. The judgment is therefore reversed and the cause remanded.

*Reversed and remanded.*

**German American Savings, Loan and Building Association et al., Appellants, v. John C. Trainor, Appellee.**

**Gen. Nos. 18,901, 18902. (Not to be reported in full.)**

Appeal from the Circuit Court of Cook county; the Hon. JOHN GIBBONS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed March 10, 1914.

### Statement of the Case.

Bill in equity by German American Savings, Loan and Building Association and others against John C. Trainor to foreclose a mortgage executed by defendant to one Ernst Ammon, as trustee. From a decree stating the account between the parties, finding that the deduction of a twenty per cent. premium without complying with law rendered the loan usurious, that defendant was chargeable with only the amounts actually advanced, and the insurance, taxes and interest thereon paid by complainant, that the amount paid by defendant together with the earnings on his stock was in excess of the amount with which he was chargeable, and forfeiting all interest on the amount actually advanced to defendant, complainant appeals.

A former appeal in this case is reported in *Trainor v. German-American Bldg. Ass'n*, 204 Ill. 616.

W. J. LAVERY and CHARLES B. STAFFORD, for appellants.

CHARLES J. TRAINOR, for appellee.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

## Abstract of the Decision.

1. BUILDING AND LOAN ASSOCIATIONS, § 8*—*when by-laws invalid.* A by-law of a building and loan association providing for the deduction of a twenty per cent. premium from all loans is invalid.

2. BUILDING AND LOAN ASSOCIATIONS, § 58*—*when loan usurious.* Where a twenty per cent. premium was deducted from a loan by a building and loan association under an invalid by-law without first offering the loans to the highest bidders, the loan is usurious and a decree forfeiting interest on the money actually advanced is proper.

## Caroline Wolff, Individually and Trustee, Defendant in Error, v. Anthony Jurgenson, Plaintiff in Error.

### Gen. No. 19,005. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN D. TURNBAUGH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Reversed and remanded. Opinion filed March 10, 1914.

### Statement of the Case.

Action of forcible detainer in the Municipal Court of Chicago by Caroline Wolff, individually and as trustee under the will of Frederick Wolff, deceased, against Anthony Jurgenson. From a judgment for plaintiff, defendant brings error.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.